# PD-0656-15

To the Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

No. _____

| | | |
|---|---|---|
| LAWAN PALUMBO | X | In the Court of Criminal Appeals of |
| | X | |
| | X | |
| vs. | X | **RECEIVED IN** |
| | X | **COURT OF CRIMINAL APPEALS** |
| | X | |
| THE STATE OF TEXAS | X | The State of Texas  **MAY 29 2015** |

Abel Acosta, Clerk

---

## PRO SE APPELLANT'S MOTION TO EXTEND TIME TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

### I.

The First Court of Appeals affirmed the conviction in cause number **01-13-01072-CR** on **April 16, 2015.**

### II.

The PDR in this case was therefore due no later than **May 16, 2015.**

### III.

In compliance with Texas Rule of Appellate Procedure 68.2(c), this motion for extension, which is being mailed on **May 28, 2015**, is timely filed, since it is within 15 days after the original deadline for the PDR.

**FILED IN**
**COURT OF CRIMINAL APPEALS**

MAY 29 2015

Abel Acosta, Clerk

IV.

Appellant requests this extension because she needs time to file a *pro se* PDR.

V.

Appellant requests an extension of 60 days, which is necessary so that the PDR can be thoroughly written and timely filed. This motion is not made for the purpose of delay.

Respectfully submitted,

[signature]

Lawan Paulmbo
1871 Lee Street
Des Plaines, Ill. 60018

CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above has been sent to the Harris County District Attorney's Office by mail to:

Harris County District Attorney's Office
Appellate Division
1201 Franklin, 6th Floor
Houston, TX 77002

Lawan Palumbo

U.S. POSTAGE
PAID
HOUSTON, TX
77057
MAY 28, 15
AMOUNT
$24.99



UNITED STATES
POSTAL SERVICE

F

*PRESS FIRMLY TO SEAL*

*PRESS FIRMLY TO SEAL*

*PRESS FIRMLY TO SEAL*